

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00697-CV

**IN RE ESTATE OF JUNE MAGDELINE BREWER, DECEASED**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-16-0000213
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due on April 6, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court